David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants
COMENITY BANK and
COMENITY SERVICING LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVIS WATSON, | CASE NO.: |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| COMENITY BANK; COMENITY SERVICING LLC., DOES 1-10 inclusive. | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendants COMENITY BANK and COMENITY SERVICING LLC. ("Defendants") hereby remove to this Court the civil action described below, as it involves a federal question.

1.  On July 18, 2019, Plaintiff MAVIS WATSON ("Plaintiff") filed a civil action in the Los Angeles County Superior Court, Unlimited Jurisdiction, entitled *MAVIS WATSON v. COMENITY BANK; COMENITY SERVICING LLC.*, Case No. 19AVCV00532. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendants by process server on July 22, 2019.

3. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"). It is therefore, an action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges that Defendants' collection actions violated the TCPA and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788, et seq. ("RFDCPA"). (See Exhibit A.). This court has supplemental jurisdiction over Plaintiff's state law claim under the RFDCPA pursuant to 28 U.S.C. § 1367. (See Exhibit A.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial.

8. Defendants will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: August 19, 2019

**CARLSON & MESSER, LLP**

By: s/ David J. Kaminski
David J. Kaminski
Calvin W. Davis
Attorneys for Defendant,
COMENITY BANK; COMENITY SERVICING LLC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2019, a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via mail on the following person:

Todd M. Friedman, Esq.
tfriedman@toddflaw.com
Adrian R. Bacon, Esq.
abacon@toddflaw.com
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite #780
Woodland Hills, CA 91367

/s/ David J. Kaminski
David J. Kaminski
**CARLSON & MESSER LLP**